UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION

FABIO MOLANO and MARIA E. SANCHEZ,

Plaintiffs,

- against –

AMG REALTY PARTNERS, LP , BROOKFIELD
FINANCIAL PROPERTIES, INC., BFP ONE LIBERTY
PLAZA CO., LLC, VERIZON NEW YORK, INC., and
HILLMAN ENVIRONMENTAL GROUP, LLC.,

Defendants.

**21 MC 102 (AKH)**
**Judge Hellerstein**

**DOCKET NO.**
**08 CIV 4351**

**AFFIDAVIT OF**
**SERVICE**

I, Anna Gurevich, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in Fair Lawn, NJ.

On July 21, 2008, I served the within copy of Summons & Complaint by personally serving a true copy of the same upon the Defendant, Verizon New York, INC. by its designated agent, CT Corporation System, more specifically, Aixa Flores, process specialist, at:

CT Corporation System

111 Eighth Avenue, 13th Floor

New York, New York 10011

Anna Gurevich

Sworn to before me on this

day of July, 2008

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 2009