Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
AMG REALTY PARTNERS, LP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X   21 MC 102 (AKH)

FABIO MOLANO and MARIA E. SANCHEZ,    Index No.: 08-CV-4351

                                                                **NOTICE OF ADOPTION OF ANSWER**
                            Plaintiff(s),        **TO MASTER COMPLAINT**

       -against-                      **ELECTRONICALLY FILED**

AMG REALTY PARTNERS, LP, *et al.*,

                          Defendant(s).
-----------------------------------------------------------X

      PLEASE TAKE NOTICE that Defendant, AMG REALTY PARTNERS, LP, by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

      WHEREFORE, the Defendant, AMG REALTY PARTNERS, LP, demands judgment

dismissing the above-captioned action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
      August 26, 2008

                                    Yours etc.,

                                    McGIVNEY & KLUGER, P.C.
                                    Attorneys for Defendant
                                    AMG REALTY PARTNERS, LP

                                    By: _____
                                      Richard E. Leff (RL-2123)
                                      80 Broad Street, 23rd Floor
                                      New York, New York 10004
                                      (212) 509-3456

TO:    OSHMAN & MIRISOLA, LLP
           Plaintiffs Liaison
           In Re Lower Manhattan Disaster Site
           Litigation
           Attn: David L. Kremen
           42 Broadway, 10th Floor
           New York, New York 10004
           (212) 233-2100

           All Defense Counsel