UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X    21 MC 102 (AKH)
FABIO MOLANO and MARIA E. SANCHEZ,
                                              Docket No.: 08 CIV 4351
            Plaintiffs,
                                              **AFFIDAVIT OF**
                                              **PERSONAL SERVICE**
      -against-

AMG REALTY PARTNERS, LP: 170 Broadway,
New York, NY 10038
BROOKFIELD FINANCIAL PROPERTIES, INC.:
3 World Financial Center, New York, New York 10281
BFP ONE LIBERTY PLAZA CO., LLC: 3 World Financial
Center, New York, NY 10281
VERIZON NEW YORK, INC.: 140 West Street, 29th Floor,
New York, NY 10007
HILLMAN ENVIRONMENTAL GROUP, LLC:
1600 Route 22 E, Union City, NJ 07087

            Defendants.
----------------------------------------X

    JORGE ANZOLA, being duly sworn, deposes and says:

    I am over 18 years of age, I am not a party to the action, and I reside in Queens County in the State of New York.

    That on the 18th day of August, 2008, at approximately 11:00 a.m. at 170 Broadway - 17th Floor, New York, New York, deponent served the within copy of the Summons in a Civil Action upon Defendant AMG Realty Partners, LP., by delivering thereat a true copy of same to T. Mark Weiner, an individual of suitable age and discretion. Deponent describes person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows: **Female white, white skin, white hair, approx. 60-65, height approx. 5'5"**

                                                    JORGE ANZOLA

Sworn to before me this
18th day of August, 2008

_____
Notary public

STEPHEN J. GURFINKEL
NOTARY PUBLIC - STATE OF NEW YORK
NO. 02GU6188485
QUALIFIED IN RICHMOND COUNTY
COMMISSION EXPIRES JUNE 9, 20__